# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| INGHRAM, THOMAS K. | § | Case No. 15-18053 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 05/22/2015 . The case was converted to one under Chapter 7 on 12/05/2016 . The undersigned trustee was appointed on 12/09/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $   21,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 184.62 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 20,815.38 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/12/2018 and the deadline for filing governmental claims was 04/12/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,850.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,850.00 , for a total compensation of $ 2,850.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 73.65 , for total expenses of $ 73.65 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/20/2018            By: /s/JOSEPH E. COHEN
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 15-18053 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | INGHRAM, THOMAS K. | Date Filed (f) or Converted (c): | 12/05/16 (c) |
| | | 341(a) Meeting Date: | 01/05/17 |
| For Period Ending: | 11/20/18 | Claims Bar Date: | 04/12/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, 503 Deer Crossing CourtHaines | 194,000.00 | 0.00 | | 0.00 | FA |
| 2. 1/2 interest in mother's home subject to mother's 23232 Granite Ave., Dollar Bay MI | 23,030.00 | 0.00 | | 14,709.62 | FA |
| 3. 1994 Dodge Ram (Isn't running and significant rust | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 2007 Toyota Camry Hybrid (Location: 503 Deer Cross | 3,200.00 | 0.00 | | 800.00 | FA |
| 5. (One-half interest in 20' boat with outboard motor | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Furniture and appliances Location: 503 Deer Crossi | 2,000.00 | 0.00 | | 1,000.00 | FA |
| 7. Coin collection Location: 503 Deer Crossing Ct., H | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 5-6 year old Canon SLR 6 MP camera Location: 503 D | 75.00 | 0.00 | | 0.00 | FA |
| 9. Clothing Location: 503 Deer Crossing Ct., Hainesvi | 500.00 | 0.00 | | 0.00 | FA |
| 10. Tools - 10 year old table saw ($400), 5 year old g | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. State Bank of the Lakes | 2,771.52 | 0.00 | | 1,247.56 | FA |
| 12. State Bank of the Lakes | 106.51 | 0.00 | | 106.51 | FA |
| 13. Michigan Tech Credit Union | 1,500.00 | 0.00 | | 0.00 | FA |
| 14. Mutual fund held by mother; never accessed account | 3,136.31 | 0.00 | | 3,136.31 | FA |
| 15. 30 shares of American Capital Agency Corp. Options | 625.80 | 0.00 | | 0.00 | FA |
| 16. 10 shares of Energy Transfer Partners LP Optionsho | 562.30 | 0.00 | | 0.00 | FA |
| 17. 100 shares Proshares Ultrashort Euro Optionshouse | 2,562.00 | 0.00 | | 0.00 | FA |
| 18. 15 shares of Proshares Ultrashort Bloomberg Option | 836.25 | 0.00 | | 0.00 | FA |
| 19. -3 shares Put Spy S&P depository Optionshouse Acco | 0.00 | 0.00 | | 0.00 | FA |
| 20. Equity/Options - 3 shares Put Spy S&P Depository O | 237.00 | 0.00 | | 0.00 | FA |
| 21. 100% membership interest in Brainstorm Management | 0.00 | 0.00 | | 0.00 | FA |
| 22. Options House - IRA | 300.00 | 0.00 | | 0.00 | FA |
| 23. Pension with Siemens JPMorgan Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 24. Ten Ninety Beer Co. purchased assets of Big Chicag | 10,000.00 | 0.00 | | 0.00 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*   Ver: 20.02a

Case 15-18053   Doc 87   Filed 12/10/18   Entered 12/10/18 11:18:21   Desc Main
Document      Page 4 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

Case No:      15-18053     ABG    Judge: A. BENJAMIN GOLDGAR         Trustee Name:                    JOSEPH E. COHEN
Case Name:    INGHRAM, THOMAS K.                                      Date Filed (f) or Converted (c): 12/05/16 (c)
                                                                      341(a) Meeting Date:             01/05/17
                                                                      Claims Bar Date:                 04/12/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

|   |   |   |   |   | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $250,942.69 | $0.00 | | $21,000.00 | $0.00 |
|   |   |   |   |   | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE PREPARING HIS TFR AND NFR - 10/31/18. TRUSTEE FILED MOTION TO SELL ASSETS TO DEBTOR - 7/30/18. TRUSTEE HAS NEGOTIATED OFFER TO SELL ASSETS BACK TO DEBTOR - 1/8/2018. TRUSTEE TO FILE MOTION TO SELL ASSETS TO DEBTOR - 6/28/17. THIS IS A CONVERTED CHAPTER.  TRUSTEE NEGOTIATING WITH DEBTOR FOR PURCHASE OF ASSETS - 4/30/17.

Initial Projected Date of Final Report (TFR): 05/30/18      Current Projected Date of Final Report (TFR): 11/30/18

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 15-18053 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | INGHRAM, THOMAS K. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0511 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7543 | | | |
| For Period Ending: | 11/20/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/01/18 | | STATE BANK OF THE LAKES HOMAS K. INGHRAM | | 1129-000 | 21,000.00 | | 21,000.00 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.21 | 20,968.79 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.17 | 20,938.62 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.13 | 20,907.49 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.08 | 20,876.41 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.04 | 20,846.37 |
| 11/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.99 | 20,815.38 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 21,000.00 | 184.62 | 20,815.38 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 21,000.00 | 184.62 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 21,000.00 | 184.62 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********0511 | 21,000.00 | 184.62 | 20,815.38 |
| | 21,000.00 | 184.62 | 20,815.38 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    21,000.00    184.62

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 20.02a

Page 1     **EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**     Date: November 20, 2018

Case Number: 15-18053
Debtor Name: INGHRAM, THOMAS K.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $2,923.65 | $0.00 | $2,923.65 |
| 001<br>3110-00 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $3,741.46 | $0.00 | $3,741.46 |
| 000004<br>050<br>4110-00 | The Bank of New York Mellon FKA<br>c/o Bank of America, N.A.<br>Attn: Bankruptcy Department<br>P.O. Box 5170<br>Simi Valley, CA 93062 | Secured | | $0.00 | $0.00 | $0.00 |
| 000006<br>050<br>4110-00 | Federal National Mortgage Association<br>(Fannie Mae<br>c/o Seterus, Inc. as servicer for FNMA<br>P.O. Box 1047<br>Hartford, CT 06143 | Secured | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $19,152.59 | $0.00 | $19,152.59 |
| 000002<br>070<br>7100-00 | Financial Pacific Leasing, Inc.<br>c/o D. Alexander Darcy<br>Askounis & Darcy, PC<br>444 N. Michigan Avenue, Suite 3270<br>Chicago, IL 60611 | Unsecured | | $21,071.54 | $0.00 | $21,071.54 |
| 000003<br>070<br>7100-00 | Pawnee Leasing Corporation<br>700 Centre Ave<br>Fort Collins, CO 80526 | Unsecured | | $29,040.30 | $0.00 | $29,040.30 |
| 000005<br>070<br>7100-00 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Unsecured | | $54,545.64 | $0.00 | $54,545.64 |
| 000007<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>successor to CitiBank, N.A.<br>(SEARS GOLD MASTERCARD)<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $13,955.47 | $0.00 | $13,955.47 |
| | Case Totals: | | | $144,430.65 | $0.00 | $144,430.65 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-18053
Case Name: INGHRAM, THOMAS K.
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 20,815.38

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | The Bank of New York Mellon FKA c/o Bank of America, N.A. Attn: Bankruptcy Department P.O. Box 5170 Simi Valley, CA 93062 | $ 58,777.79 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | Federal National Mortgage Association (Fannie Mae c/o Seterus, Inc. as servicer for FNMA P.O. Box 1047 Hartford, CT 06143 | $ 140,256.83 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 20,815.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,850.00 | $ 0.00 | $ 2,850.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 73.65 | $ 0.00 | $ 73.65 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: COHEN & KROL | $ 3,711.50 | $ 0.00 | $ 3,711.50 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 29.96 | $ 0.00 | $ 29.96 |

Total to be paid for chapter 7 administrative expenses     $     6,665.11

Remaining Balance     $     14,150.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 137,765.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 19,152.59 | $ 0.00 | $ 1,967.21 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000002 | Financial Pacific Leasing, Inc.<br>c/o D. Alexander Darcy<br>Askounis & Darcy, PC<br>444 N. Michigan Avenue, Suite 3270<br>Chicago, IL 60611 | $ 21,071.54 | $ 0.00 | $ 2,164.31 |
| 000003 | Pawnee Leasing Corporation<br>700 Centre Ave<br>Fort Collins, CO 80526 | $ 29,040.30 | $ 0.00 | $ 2,982.81 |
| 000005 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | $ 54,545.64 | $ 0.00 | $ 5,602.53 |
| 000007 | Portfolio Recovery Associates, LLC successor to CitiBank, N.A. (SEARS GOLD MASTERCARD)<br>POB 41067<br>Norfolk VA 23541 | $ 13,955.47 | $ 0.00 | $ 1,433.41 |

Total to be paid to timely general unsecured creditors        $        14,150.27

Remaining Balance                                             $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE