IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| --- | --- | --- |
| | ) | |
| **THOMAS K. INGHRAM,** | ) | No. 15-18053 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:     See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on December 10, 2018 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                                  BY:/s/ Joseph E. Cohen

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

D. Alexander Darcy
Askounis & Darcy, PC
444 N. Michigan Avenue
Suite 3270
Chicago, IL 60611-3906

David P Leibowitz ESQ
Lakelaw
53 W. Jackson Boulevard
Suite 1115
Chicago, IL 60604-3566

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Federal National Mortgage Association (Fanni
c/o Seterus, Inc. as servicer for FNMA
P.O. Box 1047
Hartford, CT 06143-1047

Financial Pacific Leasing, Inc.
c/o D. Alexander Darcy
Askounis & Darcy, PC
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611-3906

Justin R. Storer
Lakelaw
53 W. Jackson Boulevard
Suite 1115
Chicago, IL 60604-3566

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Pawnee Leasing
700 Centre Ave.
Fort Collins, CO 80526-2023

The Bank of New York Mellon FKA
c/o Bank of America, N.A.
Attn: Bankruptcy Department
P.O. Box 5170
Simi Valley, CA 93062-5170

Thomas K. Inghram
P.O. Box 266
Dollar Bay, MI 49922-0266